**Charles ARMSTRONG, Appellant,**

v.

**State of MISSOURI; Mel Carnahan; City of Vinita Park; Virginia Bira; Vinita Park Police Department; 911 Emergency System of St. Louis County; Robert Hartz; Richard Aites; St. Louis County; St. Louis County Correctional/Justice Department Center and Jail Personnel; the 21st Judicial Circuit of Missouri, Appellees.**

1. The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

No. 00–2647.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 22, 2000.

Filed Jan. 5, 2001.

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Charles Armstrong appeals the district court's[1] order dismissing his pro se civil rights complaint against multiple defendants. After careful review of the record, we conclude that Mr. Armstrong's complaint was frivolous and failed to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(i), (ii); Fed.R.Civ.P. 8(a)(2), (e)(1); *Bray v. Alexandria Women's Health Clinic,* 506 U.S. 263, 267–68, 113 S.Ct. 753, 122 L.Ed.2d 34 (1993); *West v. Atkins,* 487 U.S. 42, 48, 108 S.Ct. 2250, 101 L.Ed.2d 40 (1988). Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.